**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@snyderlaw.com
jfarley@snyderlaw.com

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THERESE S. HARRIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:18-cv-10216-JFW (GJS)<br><br>[PROPOSED] ORDER ON STIPULATION TO REMAND CASE TO STATE COURT |

### [PROPOSED] ORDER

For good cause showing, IT IS ORDERED that this action shall immediately be remanded to the Superior Court for the State of California, County of San Luis Obispo. The clerk shall take steps to remand this action to the San Luis Obispo County Superior Court. This Court VACATES all pending matters and dates set before this Court. This Court will take no further action regarding this case.

IT IS SO ORDERED.

Dated: January 4, 2019

*[signature]*
UNITED STATES DISTRICT COURT JUDGE